*In re* **RICHEY**, Aubrey Talmage (MR 21797)
Fontana, WI

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose discipline on consent pursuant to Supreme Court Rule 762(b) is allowed, and respondent Aubrey Talmage Richey is suspended from the practice of law for 18 months and until further order of the Court.